1  JACQUELYNE M. NGUYEN, Bar No. 249658
   LAW OFFICE OF JACQUELYNE M. NGUYEN
2  1670 SANTA ANA AVE., SUITE K
   COSTA MESA, CA 92627
3  Telephone: (949) 722-0055
   Fax:(949) 722-8416
4
   Attorney for: PLAINTIFF
5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      | No. CV A 12-8013
12 |              Plaintiff,         |
13 |         vs.                    | CONSENT JUDGMENT
14 | John A. Soltys,                |
15 |              Defendant         |

16

17      Pursuant to the above stipulation of the parties,
18 Judgment is hereby entered in favor of Plaintiff, UNITED
19 STATES OF AMERICA, against Defendant, John A. Soltys, in the
20 principal amount of $4,343.41 plus interest accrued to
21 August 27, 2012, in the sum of $5,642.38; with interest
22 accruing thereafter at 8.25% annually until entry of
23 judgment, administration costs in the amount of $0.00, for a
24 total amount of $**9,985.79**.

25

26 DATED: 10/25/2012            By: ___TERRY NAFISI___
                                     Clerk of the Court
27
                                     ___L. RAYFORD___
28                                   Deputy Clerk
                                     United States District Court

Page 5